**QUILL & ARROW LLP**
Kevin Y. Jacobson (SBN 320532)
Athena Nguyen (SBN 331265)
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024
Telephone: (310) 933-421

Attorneys for Plaintiff,
**NATIVIDAD DEVAULT**

**UNIVERSAL & SHANNON, LLP**
Jon D. Universal (SBN 141255)
James P. Mayo (SBN 169897)
Nejla Nassirian (SBN 308730)
Brett H. Wanner (SBN 314025)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Telephone: (949) 753-0255

Attorneys for Defendant,
**FCA US LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD DEFAULT, an individual,<br><br>          Plaintiff,<br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No: 1:20-cv-01482-NONE-BAM<br><br>District Judge: Barbara A. McAuliffe<br><br>**JOINT NOTICE OF STATUS OF SETTLEMENT AND REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Natividad Devault, and Defendant, FCA US LLC, (the "Parties"), jointly, write to respectfully request that the Court continue the deadline to file a stipulation and proposed order for dismissal of the action or judgement, or a motion to reopen if settlement has not been consummated for an additional 40 days from the current deadline of November 20, 2021.

Despite the exercise of diligence, the Parties are still in the process of completing the terms of the settlement, which calls for a repurchase and surrender of the subject vehicle. Once all terms of the settlement are completed and payment is received by Plaintiff, including payment of Plaintiff's attorneys' fees, costs and expenses, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 40 days.

Dated: November 19, 2021

        QUILL & ARROW, LLP

By: *Kevin Y. Jacobson*
Kevin Y. Jacobson, Esq.
Attorneys for Plaintiff
NATIVIDAD DEVAULT

Dated: November 19, 2021    UNIVERSAL & SHANNON, LLP

By: *James P. Mayo*
James P. Mayo, Esq.
Attorneys for Defendant
FCA US LLC