UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD DEVAULT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:20-cv-01482-JLT-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>(Docs. 17, 18) |

On November 22, 2021, following a notice of settlement and request for additional time to file dispositional documents, the Court ordered the parties to file appropriate papers to dismiss or conclude this action in its entirety no later than January 3, 2022.  (Doc. 15.)  The parties failed to file dispositional documents as ordered by the Court.  Accordingly, on January 11, 2022, the Court issued an order for the parties to show cause why sanctions should not be imposed for failing to file dispositional documents.  (Doc. 17.)

On January 11, 2022, the parties filed a Joint Notice of Status of Settlement and Request for Additional Time to File Dispositional Documents.  (Doc. 18.)  The parties apologize to the Court for their oversight in not reporting sooner the status of settlement.  The parties also explain

that despite the exercise of diligence, they are still in the process of completing the terms of the settlement. They anticipate that all terms of the settlement agreement will be completed by the end of January 2022, and they request that the Court continue the deadline to file disposition documents an additional forty (40) days. (*Id.*)

Having considered the parties' joint statement, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Order to Show Cause issued on January 11, 2022 (Doc. 17) is discharged. No sanctions will be imposed at this time;
2. The parties' request to continue the deadline to file dispositional documents (Doc. 18) is granted;
3. The parties shall file appropriate papers to dismiss or conclude this action in its entirety no later than **February 11, 2022**; and
4. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* L. R. 160, 272.

IT IS SO ORDERED.

Dated:   **January 12, 2022**          /s/ *Barbara A. McAuliffe*          
                                          UNITED STATES MAGISTRATE JUDGE