UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD DEVAULT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01482-JLT-BAM<br><br>**ORDER GRANTING SECOND REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>(Doc. 21) |

On November 22, 2021, following a notice of settlement and request for additional time to file dispositional documents, the Court ordered the parties to file appropriate papers to dismiss or conclude this action in its entirety no later than January 3, 2022. (Doc. 15.) The parties failed to file dispositional documents as ordered by the Court. Accordingly, on January 11, 2022, the Court issued an order for the parties to show cause why sanctions should not be imposed for failing to file dispositional documents. (Doc. 17.) On January 12, 2022, the Court discharged the order to show cause after the parties filed a Joint Notice of Status of Settlement and Request for Additional Time to File Dispositional Documents. (Docs. 18, 19.)

On February 11, 2022, the parties filed a joint status report requesting additional time to

1

complete the terms of the agreement. (Doc. 21.) The parties anticipate that all terms of the settlement agreement will be completed by the end of February 2022, and they request that the Court continue the deadline to file disposition documents an additional thirty (30) days. (*Id.*)

Having considered the parties' joint statement, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The parties' request to continue the deadline to file dispositional documents (Doc. 21) is granted;
2. The parties shall file appropriate papers to dismiss or conclude this action in its entirety no later than **March 16, 2022**; and
3. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* L. R. 160, 272.

IT IS SO ORDERED.

Dated: **February 15, 2022**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2